IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal Case No. 10-MJ-00150-DLW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

2. HERACLIO RUBIO-SESMA,

Defendant.

---

**CORRECTED**
**ORDER RE: DEFENDANT'S MOTION TO CONTINUE DETENTION HEARING AND PRELIMINARY HEARING**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Counsel for the Defendant filed a Motion to Continue the Detention Hearing and Preliminary Hearing set for November 22, 2010 at 2:30 p.m. and the Government has no objection, therefore:

**IT IS HEREBY ORDERED** that the Detention Hearing and Preliminary Hearing set for November 22, 2010 at 2:30 p.m. is **VACATED**.

**IT IS FURTHER ORDERED** that the Detention Hearing and Preliminary Hearing are **RESCHEDULED** for November 29, 2010 at 3:00 p.m.

DATED: November 24, 2010.

BY THE COURT:

s/David L. West
United States Magistrate Judge2

1